

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

Larry Gordon Carpenter, Jr.,      * From the 35th District Court
of Brown County,
Trial Court No. CR24337.

Vs. No. 11-18-00277-CR      * October 31, 2018

The State of Texas,      * Per Curiam Memorandum Opinion
(Panel consists of: Bailey, C.J.,
Willson, J., and Wright, S.C.J.,
sitting by assignment)
(Willson, J., not participating)

This court has inspected the record in this cause and concludes that the appeal should be dismissed for want of jurisdiction. Therefore, in accordance with this court's opinion, the appeal is dismissed for want of jurisdiction.